UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ASHLEY N MILIOTI,                                :

        Plaintiff,                              :        ORDER

     -against-                                      :

                                                              25 Civ. 2362 (GHW)(GWG)

LEE DUDEK,                                        :

        Defendant.                            :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Notwithstanding the lapse in funding to the Department of Justice and the issuance on October 1, 2025, of a Standing Order staying deadlines in civil cases where the Government is a party, the plaintiff's reply brief in this case remains due on October 10, 2025.

      SO ORDERED.

Dated: New York, New York
       October 1, 2025

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

1