USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                :

ASHLEY N.M.,                        :

                         Plaintiff,   :

                         :

         -v-                   :

                         :

COMMISSIONER OF SOCIAL SECURITY,   :

                         :

                  Defendant.   :

                         :

-------------------------------------------------------------------- X

1:25-cv-2362-GHW-GRJ

ORDER

GREGORY H. WOODS, United States District Judge:

On December 14, 2025, Magistrate Judge Gary R. Jones issued a report and recommendation recommending that the Court grant Plaintiff's motion for judgment on the pleadings and remand this case to the Commissioner of Social Security for further proceedings. Dkt. No. 18 (the "R&R").

A district court reviewing a magistrate judge's report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  Parties may raise specific, written objections to the report and recommendation within fourteen days of receiving a copy of the report.  *Id.*; *see also* Fed. R. Civ. P. 72(b)(2).  Here, the R&R specifically stated:  "Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties have fourteen (14) days (including weekends and holidays) from service of this Report and Recommendation to file any objections. . . .  If a party fails to file timely objections, that party will not be permitted to raise any objections to this Report and Recommendation on appeal."  R&R at 16.

The Court reviews for clear error those parts of a report and recommendation to which no party has timely objected.  28 U.S.C. § 636(b)(1)(A); *Lewis v. Zon*, 573 F. Supp. 2d 804, 811 (S.D.N.Y.

2008).  No objection to the R&R was submitted within the permitted window.  The Court has reviewed the R&R for clear error and finds none.  *See Braunstein v. Barber*, No. 06 Civ. 5978 (CS) (GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2, 2009) (explaining that a "district court may adopt those portions of a report and recommendation to which no objections have been made, as long as no clear error is apparent from the face of the record").  The Court, therefore, accepts and adopts the R&R in its entirety.

For the reasons articulated in the R&R, Plaintiff' motion for judgment on the pleadings is GRANTED.  The case is remanded for further proceedings pursuant to sentence four of section 405(g) of the Social Security Act.

The Clerk of Court is directed to enter judgment for Plaintiff, to terminate all pending motions and to close this case.

SO ORDERED.

Dated: January 13, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2