**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
ASHLEY N.M.,

                    Plaintiff,                      25 **CIVIL** 2362 (GHW) (GRJ)

      -against-                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated January 13, 2026, Plaintiff' motion for judgment on the pleadings is GRANTED. The case is remanded for further proceedings pursuant to sentence four of section 405(g) of the Social Security Act. Judgment is hereby entered for the Plaintiff and this case is closed.

**Dated:**  New York, New York

        January 15, 2026

                                   **TAMMI M. HELLWIG**

                                     **Clerk of Court**

                  **BY:**                                    
                                       **Deputy Clerk**